TUVꟼÞÁÕÜŒVÒÖ
*Kevin H. Sharp*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00016 |
| | ) | JUDGE SHARP |
| BEN BARNETT | ) | |

### MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Ben Barnett, through counsel, respectfully moves this Court to extend the time for filing pretrial motions. Counsel would show that this case is currently set for trial on April 15, 2014. Counsel has received discovery materials from the Government and has scheduled to meet with Mr. Barnett next week to review the materials and to discuss his case. After reviewing the materials with Mr. Barnett, counsel will then be in a position to determine whether pretrial motions should be filed or whether further investigation should be conducted.

For these reasons, it is respectfully requested that the Court grant an extension of approximately two (2) weeks in which to file pretrial motions, if necessary.

Respectfully submitted,

s/ *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Ben Barnett

### CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2014, I electronically filed the foregoing Motion to Extend Time for Filing Pretrial Motions with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Clay T. Lee, Assistant United States Attorney, 110 9th Avenue South, Suite A961, Nashville, TN 37203.

s/ *Ronald C. Small*
RONALD C. SMALL